Like  Comment  Share



**Kurt Wolfgang**
Jul 26 at 7:48 AM · 🌐



**Sandra N. Fisher**
Jul 21 at 11:08 PM · 🌐

# Yesterday, the NFL agreed to give the domestic terror group, BLM, 250 million dollars.
# NOW, WILL YOU BOYCOTT?

 False Information. Checked by independent



Kurt Wolfgang
Aug 16 at 6:12 PM



**Andrew Powell**
Aug 15 at 3:22 PM





 **Kurt Wolfgang**
Aug 1 at 11:08 AM · 🌐

 **Americans Against Socialism**
Jul 31 at 10:15 PM · 🌐





**Kurt Wolfgang**

Aug 22 at 11:39 AM · 🌐

For years, you have been told that we are locked in a war against our culture. Remember comments about erasing any reference to Christmas? Little things like that. Now, there is no doubt that the culture war was not an exaggeration. If you want a culture where our traditions are cherished, and our freedoms are cherished, patriotism is a virtue, law and order is expected, you had better choose a side and start fighting. "On the plains of indecision bleach the bones of those who hesitated, and in hesitation died." -similar quotes attributed to various authors.



TWITTER.COM

**Donald J. Trump on Twitter**

"Don't buy GOODYEAR TIRES - They announced a BAN ON MAGA HATS. Get better tires for far less! (This is ...

 5

 Like           Comment           Share


**Kurt Wolfgang**
Aug 1 at 11:14 AM · 🌐

Please educate yourself. This is what is being used by the rioters against the police. Believe me, once those idiots have these, they will use them on car traffic they want to stop, airplanes they want to crash, military, any terrorist target, maybe even your children.  Whose side are you on?


**Larry Hagans**
Jul 30 at 9:48 PM · 🌐

THIS IS WHAT'S BEING USED AGAINST THE POLICE!!!😡😡😡



8:44

Search in Kurt Wolfgang's posts, pho...

**Kurt Wolfgang**
6 hrs



**Leslie Fanchon Lefebvre**
Aug 3, 2019 at 1:01 PM

Check out the photo below of these 3 new congressmen. Jim Baird, Republican from Indiana, lost his left arm in Vietnam. Brian Mast, Republican from Florida, lost both legs in Afghanistan. Dan Crenshaw, Republican from Texas, lost his right eye in Afghanistan. All three of these men are Purple Heart recipients. But how often have you seen them on the evening news? Yet how often have we seen the two Muslim women, and the communist from NY, all blabbering vulgarities and spouting out anti-Israel/anti-American insults? Let's see appreciation for real service to our nation!

Reposting this from my friend Howard King.

