**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**Southern Division**

|  |  |  |
|---|---|---|
| ERICA EDWARDS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Case No.: 8:22-CV-01172-TJS |
| | ) | |
| MARYLAND CRIME VICTIMS RESOURCE CENTER, INC. | ) ) | |
| | ) | |
| Defendant. | ) ) | |

## DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendant Maryland Crime Victims Resource Center, Inc. ("MCVRC" or "Defendant"), by and through undersigned counsel, pursuant to Fed. R. Civ. P. 12(b)(6), hereby moves this Court to dismiss all Counts contained in the Complaint filed by Plaintiff Erica Edwards ("Ms. Edwards" or "Plaintiff"). In support thereof, MCVRC refers the Court to the accompanying Memorandum of Points and Authorities, which is incorporated herein by reference. A proposed Order is also attached hereto.

Dated: June 23, 2022					Respectfully submitted,

By:	*/s/ Brian A. Scotti*
	Brian A. Scotti, Esq. (MD Bar No.: 18249)
	Courtney R. Abbott, Esq. (MD Bar No.: 16199)
	Gordon Rees Scully Mansukhani, LLP
	1101 King Street, Suite 520
	Alexandria, VA 22314
	T: (202) 399-1009
	F: (202) 800-2999
	bscotti@grsm.com
	cabbott@grsm.com
	*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on June 23, 2022, I electronically filed the foregoing ***Defendant's Motion to Dismiss Plaintiff's Complaint*** was electronically filed using the Court's CM/ECF e-filing system and served via the Court's e-filing notification system ***and*** via regular mail, postage-prepaid on the following counsel of record:

Marc. E. Pasekoff, Esq.
Shannon Mullins & Wright
124 S. Royal Street
Alexandria, Virginia 22314
mpasekoff@smw.law
*Counsel for Plaintiff*

                                              */s/ Brian A. Scotti*
                                              Brian A. Scotti, Esq., (MD Bar No.: 18249)