### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND
### Southern Division

| | |
|---|---|
| ERICA EDWARDS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MARYLAND CRIME VICTIMS ) <br> RESOURCE CENTER, INC. ) <br> ) <br> Defendant. ) <br> ) | Civil Case No.: 8:22-CV-01172-TJS |

## ORDER

**IN CONSIDERATION OF** Defendant Maryland Crime Victims Resource Center, Inc.'s Motion to Dismiss, its accompanying Memorandum of Points and Authorities, any Opposition thereto, and the entire record in this matter, it is on this _____ day of _____, 2022, hereby

**ORDERED** that, Defendant Maryland Crime Victims Resource Center, Inc.'s Motion to Dismiss is **GRANTED**; it is further

**ORDERED** that, Plaintiff Erica Edwards' Complaint against Defendant Maryland Crime Victims Resource Center, Inc.'s Complaint is **DISMISSED** in its entirety, with prejudice.

**IT IS SO ORDERED.**

_____
Hon. Timothy J. Sullivan
U.S. District Court for the District of
Maryland, Southern Division

Copies to:
All Counsel of Record