UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Southern Division

| | |
|---|---|
| **ERICA EDWARDS**,  Plaintiff,  v.  **MARYLAND CRIME VICTIMS' RESOURCE CENTER, INC.**  Defendant. | ) ) ) ) ) ) Civil Case No. 8:22-cv-01172-TJS ) ) ) ) ) ) ) |

**PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS**

COMES NOW the Plaintiff, Erica Edwards, by counsel and pursuant to Fed. Rule 12(b)(6), submits her Opposition to the Motion to Dismiss filed by Defendant Maryland Crime Victims' Resource Center, Inc. In support, Plaintiff incorporates the Memorandum of Points and Authorities filed herewith.

Respectfully submitted,

_____/s/ Marc Pasekoff_____
Marc E. Pasekoff, Esquire
SHANNON MULLINS & WRIGHT
124 S. Royal Street
Alexandria, Virginia 22314
Tel.: 571-620-1930
Fax: 571-321-6587
Email: mpasekoff@smw.law
*Counsel for Plaintiff*

## Certificate of Service

I HEREBY CERTIFY that on this 11th day of July, 2022, a copy of the foregoing was served via the Court's CM/ECF system to:

Brian A. Scotti, Esquire
Courtney R. Abbott, Esquire
GORDON REES SCULLY MANSUKHANI, LLP
1101 King Street, Suite 520
Alexandria, Virginia 22314
*Counsel for Defendant*

　　　　　　　　　　　　　　　　　　　　　　　／s/ Marc Pasekoff　　　　　
　　　　　　　　　　　　　　　　　　　　Marc E. Pasekoff