UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Southern Division

| | |
|---|---|
| **ERICA EDWARDS**, <br><br> Plaintiff, <br><br> v. <br><br> **MARYLAND CRIME VICTIMS' RESOURCE CENTER, INC.** <br><br> Defendant. | Civil Case No. 8:22-cv-01172-TJS |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendant Maryland Crime Victims' Resource Center, Inc.'s Motion to Dismiss, Plaintiff's Opposition thereto and any oral argument of counsel heard, it is this _____ day of _____, 2022 hereby:

**ORDERED**, that Defendant Maryland Crime Victims' Resource Center, Inc.'s Motion to Dismiss is, and shall be, **DENIED** concerning Counts I, II, III, IV, V and VI of Plaintiff's Complaint; and it is further

**ORDERED,** that Defendant Maryland Crime Victims' Resource Center, Inc.'s Motion to Dismiss is, and shall be, _____ concerning Count VII (wrongful termination) of Plaintiff's Complaint.

_____
Hon. Timothy J. Sullivan

1