**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**Southern Division**

| | |
|---|---|
| ERICA EDWARDS, )<br><br>Plaintiff, )<br><br>v. )<br><br>MARYLAND CRIME VICTIMS )<br>RESOURCE CENTER, INC. )<br><br>Defendant. ) | Civil Case No.: 8:22-CV-01172-TJS |

**JOINT MOTION FOR ENTRY**
**OF STIPULATED PROTECTIVE ORDER**

Plaintiff Erica Edwards ("Plaintiff") and Defendant Maryland Crime Victims Resource Center ("Defendant") (collectively, the "Parties"), through their respective attorneys of record, hereby move this Honorable Court pursuant to Federal Rule of Civil Procedure 26(c)(1) for an order protecting the disclosure of confidential information. The Parties have agreed to the proposed Stipulated Protective Order which is attached to this Motion.

For all the foregoing reasons Plaintiff and Defendant respectfully request that this Court grant their Motion and enter the proposed Protective Order.

*[Remainder of page intentionally left blank]*

Dated: March 2, 2023                    Respectfully submitted,

                                        */s/ Marc E. Pasekoff (with permission)*
                                        Marc E. Pasekoff, Esq. (Bar No. 13567)
                                        Shannon Mullins & Wright
                                        124 S. Royal Street
                                        Alexandria, Virginia 22314
                                        mpasekoff@smw.law
                                        *Counsel for Plaintiff*


                                        */s/ Jenna N. Van Middelem*
                                        Courtney R. Abbott, Esq. (MD Bar No.: 16199)
                                        Jenna N. Van Middelem, Esq. (MD Bar No.: 30403)
                                        GORDON REES SCULLY MANSUKHANI, LLP
                                        1101 King Street, Suite 520
                                        Alexandria, VA 22314
                                        T: (202) 399-1009
                                        F: (202) 800-2999
                                        cabbott@grsm.com
                                        jvanmiddelem@grsm.com
                                        *Counsel for Defendant*


## CERTIFICATE OF SERVICE

I hereby certify that on this March 3, 2023, a true and correct copy of the foregoing ***Joint Consent Motion for Stipulated Protective Order*** was filed via the Court's CM/ECF electronic filing system, which then caused the same to be served upon all counsel of record via electronic mail, as follows:

Marc. E. Pasekoff, Esq.
Shannon Mullins & Wright
124 S. Royal Street
Alexandria, Virginia 22314
mpasekoff@smw.law
*Counsel for Plaintiff*




                                        */s/ Jenna N. Van Middelem*
                                        Jenna N. Van Middelem